(125 So. 924)
**James MASON (alias Jack Baldwin) v. STATE.**
**(6 Div. 592.)**

Court of Appeals of Alabama.   Dec. 17, 1929.

BRICKEN, P. J.   The indictment was in proper form and substance and charged this appellant with the offense of forgery in the second degree.   He was tried and convicted as charged, his punishment being fixed at imprisonment in the penitentiary for not less than five years and not more than five years and one month.   From the judgment of conviction duly pronounced and entered the defendant appealed.   There is no bill of exceptions in the transcript, the appeal being predicated upon the record proper.   The record is regular in all things, and, as no error is apparent, the judgment of conviction in the lower court from which this appeal was taken will stand affirmed.

Affirmed.

(125 So. 924)
**James MASON (alias Jack Baldwin) v. STATE.**
**(6 Div. 593.)**

Court of Appeals of Alabama.   Jan. 28, 1930.

SAMFORD, J.   Affirmed.

(125 So. 924)
**Charlie MAUER (alias Charley Mayer) v. STATE.   (8 Div. 983.)**

Court of Appeals of Alabama.   Jan. 28, 1930.

SAMFORD, J.   Affirmed.

(124 So. 923)
**Mrs. F. M. MAYE v. STATE.   (1 Div. 890.)**

Court of Appeals of Alabama.   Nov. 19, 1929.

BRICKEN, P. J.   This appeal is from a judgment of conviction in the Mobile circuit court for the offense of violating the prohibition laws of the state.   There is no bill of exceptions in the transcript, and the record

proper, upon which this appeal is predicated, appears regular in all things therefore without error.   The judgment of conviction in the lower court, from which this appeal was taken, is affirmed.

Affirmed.

(128 So. 920)
**D., alias Dee, MAYS v. STATE.**
**6 Div. 756.**

Court of Appeals of Alabama.
May 13; 1930.

RICE, J.
Affirmed.

(126 So. 926)
**Andy MAZE v. STATE.**
**8 Div. 954.**

Court of Appeals of Alabama.
Feb. 18, 1930.

SAMFORD, J.
Affirmed.

(128 So. 920)
**Paul MERRILL v. STATE.**
**7 Div. 695.**

Court of Appeals of Alabama.
June 10, 1930.

RICE, J.
Affirmed.